CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 17 2011
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| RUDEAN THOMAS, | ) | |
| | ) | Civil Action No. 4:10-cv-00060 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WELLS FARGO BANK, N.A., et al., | ) | |
| | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that the defendants' motions to dismiss the plaintiff's amended complaint are **GRANTED** without prejudice. All other pending motions are denied, and the case is hereby stricken from the active docket of the court.

**ENTER:** May 17, 2011.

_____
UNITED STATES DISTRICT JUDGE